IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHANNON OATES JEFFERSON, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>TRIDENT MARITIME SYSTEMS, LLC<br><br>                Defendant. | Case No. 1:25-cv-00375-LMB-LRV |

## NOTICE OF SETTLEMENT

        The parties respectfully advise this Honorable Court that the matter has been settled on a class wide basis. Parties have executed a term sheet and are currently finalizing a longform settlement agreement. Plaintiff will file a Motion For Preliminary Approval within sixty days.

Dated: April 8, 2025

                                    Respectfully submitted,

                                    */s/ Dylan Scout Graham*_____
                                    David Hilton Wise, VA Bar No. 30828
                                    Dylan Scout Graham, VA Bar No. 100051
                                    **WISE LAW FIRM PLC**
                                    10640 Page Avenue, Suite 320
                                    Fairfax, Virginia 22030
                                    Phone: 703-934-6377
                                    dwise@wiselaw.pro
                                    dgraham@wiselaw.pro

                                    Daniel Srourian, Esq.*
                                    **SROURIAN LAW FIRM, P.C.**
                                    468 N. Camden Dr Ste 200
                                    Beverly Hills, California 90210
                                    Telephone:    (213) 474-3800
                                    Facsimile:     (213) 471-4160
                                    Email:          daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

*\*Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of April 2025, a copy of the foregoing was served electronically through CM/ECF to all counsel of record.

/s/   <i>Dylan Scout Graham</i><br>
Dylan Scout Graham