UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHANNON OATES JEFFERSON, individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>TRIDENT MARITIME SYSTEMS, LLC<br><br>      Defendant. | Case No. 1:25-cv-00375-LMB-LRV |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time in which to file Plaintiff's Motion for Preliminary Approval of Settlement, and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED; and
2. The time for Plaintiff to file a Motion for Preliminary Approval is extended to June 23, 2025.

Dated: June 10, 2025

                   /s/
                 Leonie M. Brinkema
                 United States District Judge