IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHANNON OATES JEFFERSON, individually, and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br>vs.<br><br>TRIDENT MARITIME SYSTEMS, LLC,<br><br>               Defendant. | Case No.1:25-cv-00375-LMB-LRV |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND FOR ISSUANCE OF NOTICE TO SETTLEMENT CLASS**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Shannon Oates Jefferson ("Plaintiff") respectfully moves this Court for the entry of the proposed Preliminary Approval Order submitted herewith, which seeks the preliminary approval of a proposed class action settlement (the "Settlement") and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiff states and presents the following:

1. The terms of the Settlement are set forth in the Settlement Agreement and Release dated June 18, 2025, attached as "Exhibit 1" to Plaintiff's Memorandum of Law in Support of her Unopposed Motion for Preliminary Approval of the Class Action Settlement (the "Memorandum"), filed contemporaneously herewith.

2. The relief sought in this Motion is supported by the Memorandum and the Declaration of Daniel Srourian, attached as "Exhibit 2" to the Memorandum.

3. Defendant Trident Maritime Systems, LLC does not oppose the relief requested in this Motion.

1

WHEREFORE, Plaintiff respectfully requests that the Court enter the proposed Order Granting Preliminary Approval of the Class Action Settlement

Dated: June 23, 2025

Respectfully submitted,

*/s/ David Hilton Wise*
David Hilton Wise, VA Bar No. 30828
Dylan Scout Graham, VA Bar No. 100051
**WISE LAW FIRM PLC**
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
dwise@wiselaw.pro
dgraham@wiselaw.pro

Daniel Srourian, Esq.*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr Ste 200
Beverly Hills, California 90210
Telephone:    (213) 474-3800
Facsimile:    (213) 471-4160
Email:        daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

*Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of June 2025, a copy of the foregoing was served electronically through CM/ECF to all counsel of record.

                                                      */s/   David Hilton Wise*
                                                    David Hilton Wise