IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHANNON OATES JEFFERSON, individually, and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>TRIDENT MARITIME SYSTEMS, LLC<br><br>           Defendant. | Case No. 1:25-cv-00375-LMB-LRV |

## NOTICE OF WAIVER OF ORAL ARGUMENT

    Plaintiff, by counsel, respectfully waives oral argument on Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and for Issuance of Notice to Settlement Class [ECF 13] and Plaintiff's Motion for Hearing [ECF 14], unless the Court desires a hearing on the requested relief.

Dated: June 24, 2025

Respectfully submitted,

*/s/ David Hilton Wise*
David Hilton Wise, VA Bar No. 30828
Dylan Scout Graham, VA Bar No. 100051
**WISE LAW FIRM PLC**
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
dwise@wiselaw.pro
dgraham@wiselaw.pro

Daniel Srourian, Esq.*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr Ste 200
Beverly Hills, California 90210
Telephone:  (213) 474-3800
Facsimile:   (213) 471-4160
Email:       daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

*\*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June 2025, a copy of the foregoing was served electronically through CM/ECF to all counsel of record.

/s/   David Hilton Wise
David Hilton Wise