IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHANNON OATES JEFFERSON, individually, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>TRIDENT MARITIME SYSTEMS, LLC<br><br>     Defendant. | Case No. 1:25-cv-00375-LMB-LRV |

**PLAINTIFF'S CONSENT MOTION TO DEEM FILINGS TIMELY**

Plaintiff, by counsel, respectfully moves this Honorable Court to deem timely the filings of Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and for Issuance of Notice to Settlement Class [ECF 13] and Plaintiff's Motion for Hearing [ECF 14], and in support thereof states as follows:

1. Per this Court's Order Granting Plaintiff's Consent Motion for Extension of Time [ECF 12], Plaintiff's Motion for Preliminary Approval of Settlement was due to be filed on or before Monday, June 23, 2025.

2. Due to unexpected technical difficulties in accessing the PACER system, counsel encountered delays in filing.

3. As a result, Plaintiff's filings were submitted approximately eight (8) and fourteen (14) minutes past midnight, respectively, on Tuesday, June 24, 2025.

4. The delay was minimal and unintentional. Plaintiff made good-faith efforts to file the motions prior to the deadline.

5. The motions are unopposed, and no party will suffer prejudice by deeming the filings timely filed.

1

6. Defendant has advised that they have no objection to the requested relief.

WHEREFORE, Plaintiff respectfully requests that the Court deem the above-referenced filings [ECF 13 and ECF 14] as timely filed and grant such other and further relief as the Court deems just and proper.

Dated: June 24, 2025

Respectfully submitted,

*/s/ David Hilton Wise*
David Hilton Wise, VA Bar No. 30828
Dylan Scout Graham, VA Bar No. 100051
**WISE LAW FIRM PLC**
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
dwise@wiselaw.pro
dgraham@wiselaw.pro

Daniel Srourian, Esq.*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr Ste 200
Beverly Hills, California 90210
Telephone:   (213) 474-3800
Facsimile:   (213) 471-4160
Email:       daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

*Pro Hac Vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June 2025, a copy of the foregoing was served electronically through CM/ECF to all counsel of record.

/s/   *David Hilton Wise*
David Hilton Wise