IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHANNON OATES JEFFERSON, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>TRIDENT MARITIME SYSTEMS, LLC<br><br>　　　　　　Defendant. | Case No. 1:25-cv-00375-LMB-LRV |

**PLAINTIFF'S MOTION FOR THE AWARD OF ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND SERVICE AWARD TO THE NAMED PLAINTIFF**

　　Plaintiff Shannon Oates Jefferson, individually and on behalf of all others similarly situated, by and through her undersigned counsel, hereby moves this Court, without opposition and pursuant to Federal Rule of Civil Procedure 23, for the entry of an order approving: (1) requested attorneys' fees in the amount of $70,000.00, (2) expense reimbursement in the amount of $560.00, and (3) a Service Award in the amount of $1,500.00 for the sole Class Representative, Plaintiff Shannon Oates Jefferson.

　　The grounds for this motion are that the proposed settlement is within the range of reasonableness to justify granting the requested attorneys' fees and expenses as well as Service Award. This motion is based on this Motion, the Memorandum of Law in Support, the accompanying declaration, the pleadings and papers on file in this action, and such oral argument and documentary evidence as may be presented at the hearing on this motion.

　　WHEREFORE, Plaintiff Shannon Oates Jefferson, individually and on behalf of all others similarly situated, requests that this Court, pursuant to Fed. R. Civ. P. 23, enter an order approving attorneys' fees of $70,000.00, expense reimbursement of $560.00, and a Service Award of $1,500.00, and grant such other relief as this Court deems just and proper.

1

Dated: September 15, 2025                Respectfully submitted,

/s/ David Hilton Wise
David Hilton Wise, VA Bar No. 30828
Dylan Scout Graham, VA Bar No. 100051
**WISE LAW FIRM PLC**
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
dwise@wiselaw.pro
dgraham@wiselaw.pro

Daniel Srourian, Esq. (*Admitted Pro Hac Vice*)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr Ste 200
Beverly Hills, California 90210
Telephone:    (213) 474-3800
Facsimile:    (213) 471-4160
Email:        daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September 2025, a copy of the foregoing was served electronically through CM/ECF to all counsel of record.

/s/   *David Hilton Wise*
David Hilton Wise