IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHANNON OATES JEFFERSON, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>TRIDENT MARITIME SYSTEMS, LLC<br><br>　　　　　　　Defendant. | Case No. 1:25-cv-00375-LMB-LRV |

### ORDER GRANTING PLAINTIFF'S MOTION FOR THE AWARD OF ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND SERVICE AWARD TO THE NAMED PLAINTIFF

Upon consideration of Plaintiff's Motion for the Award of Attorneys' Fees, Expense Reimbursement, and Service Award to the Named Plaintiff, the supporting memorandum of law, declaration, and all papers filed in this action, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED;

ORDERED that Class Counsel is awarded attorneys' fees in the amount of $70,000.00;

ORDERED that Class Counsel is awarded expense reimbursement in the amount of $560.00; and it is further

ORDERED that Plaintiff Shannon Oates Jefferson, the Class Representative, is awarded a Service Award in the amount of $1,500.00

IT IS SO ORDERED.

Dated: 9/22/25

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Leonie M. Brinkema
　　　　　　　　　　　　　　　　**United States District Judge**