IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHANNON OATES JEFFERSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRIDENT MARITIME SYSTEMS, LLC,<br><br>Defendant | Case No.: 1:25-cv-00375-LMB-LRV |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Shannon Oates Jefferson ("Plaintiff"), by and through her undersigned counsel of record, hereby moves for an order granting final approval to the proposed Settlement, granting final certification of the Class, and dismissing the Action pending before this Court. Defendant Trident Maritime Systems, LLC ("Defendant" or "Trident") does not oppose the relief sought by this Motion.

A proposed Order Granting Final Approval to the Class Action Settlement are submitted herewith. This Motion is supported by the accompanying memorandum of law and supporting exhibits and declarations, submitted contemporaneously herewith.

Dated: December 5, 2025

Respectfully submitted,

*/s/ David Hilton Wise*
David Hilton Wise, VA Bar No. 30828
Dylan Scout Graham, VA Bar No. 100051
**WISE LAW FIRM PLC**
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377

1

dwise@wiselaw.pro
dgraham@wiselaw.pro

Daniel Srourian, Esq.*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr Ste 200
Beverly Hills, California 90210
Telephone:	(213) 474-3800
Facsimile:	(213) 471-4160
Email:	daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

*\*Pro Hac Vice*

2