# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Date: 12/19/2025  
Court Time: 9:55 a.m. – 9:57 a.m. (00:XX)  
Case No.: **1:25-cv-00375-LMB-LRV**

Docket Entry:     **SETTLEMENT APPROVAL HEARING**

# JEFFERSON

V.

# TRIDENT MARITIME SYSTEMS, LLC

PRESENT:     Honorable **LEONIE M. BRINKEMA**,     United States District Judge

COURTROOM DEPUTY: Katie Galluzzo  
COURTROOM REPORTER: Rebecca Stonestreet  
PLAINTIFF'S COUNSEL: Daniel Srourian  
DEFENDANT'S COUNSEL: Candice Diah

**PROCEEDINGS:**

- The Court approves the settlement agreement
- Order to follow